Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation, | Case No. 3:11-cv-02143-BEN-MDD |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO EXTEND TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DOE DEFENDANTS** |
| JOHN DOES 1-51, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Patrick Collins, Inc., moves for entry of an order extending the time within which Plaintiff has to serve Doe Defendants with a Summons and Complaint, and states:

1.    This is a copyright infringement case against Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

Case No. 3:11-cv-02143-BEN-MDD

2. Plaintiff served all of the Doe Defendants' ISPs with a third party subpoena demanding that the ISPs provide identifying information for the Doe Defendants. The due date on the subpoenas was November 28, 2011.

3. Pursuant to Rule 4(m), the deadline to effectuate service on Doe Defendants is today, January 13, 2012.

4. As of this date, however, Plaintiff remains in the process of receiving the Defendants' identifying information from their respective ISPs. Specifically, Plaintiff has yet to receive the identities of fifteen (15) Defendants from SBC Internet Services.

5. Contemporaneously herewith, Plaintiff is filing a Motion to Compel Compliance to Subpoena.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Doe Defendants be extended an additional 30 days, or until February 13, 2012. A proposed order is attached for the Court's convenience.

Dated: January 13, 2012

Case No. 11-cv-02143-BEN-MDD

1  
2  
3  
4  
5  
6  
7  
8  

Respectfully submitted,

By: /s/ *Adam M. Silverstein*
Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com
*Attorneys for Plaintiff*