John Karl Buche (SBN 239477)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
(858) 459-9111
(858) 459-9120 Fax
jbuche@buchelaw.com
Attorneys for Moving Defendant

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK COLLINS, INC.** a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**AJ BERNAL A.K.A. ABSALON JERRY BERNAL, JACINTO TRANN AND JOHN DOES 34-51,**<br>Defendants. | Case No. 3:11-cv-02143-BEN-MDD<br><br>**NOTICE OF MOTION & MOTION TO DISMISS OR ALTERNATE MOTION FOR A MORE DEFINITE STATEMENT; AND MOTION TO STRIKE AND FOR PROTECTION**<br><br>**Amended Complaint Filed: February 9, 2012**<br><br>**Hearing Date: May 14, 2012 at 10:30a.m.** |

YOU ARE HEREBY NOTIFIED that on **May 14, 2011** at **10:30 a.m.**, in Courtroom 3, of the Edward J. Schwartz U.S. District Courthouse, located at 940 Front Street, San Diego, CA 92101-8900, before the Honorable Roger T. Benitez, Defendant., A.J. Bernal a/k/a Absalon Jerry Bernal, an individual (hereinafter the "Moving Defendant"), will move, and hereby does move, this Court to Dismiss/Motion to Strike the Complaint filed against it by Patrick Collins, Inc. (hereinafter "Gangbangers"), a California corporation.  Moving Defendant brings this motion to dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and Rule 8, for failure to state a claim upon which relief can be granted, or in the alterative, for a more definite statement of the Complaint, pursuant to Federal Rules of Civil Procedure, Rule 12(e).  Also, a motion to strike and for protection is made pursuant to Rule 12(f) to strike scandalous statements and/or redact Moving Defendant's name from the

1  record under Rule 26(c).

2      This motion is made pursuant to the Federal Rules of Civil Procedure and the Local Rules of
3  practice of this Court, and is supported by this notice and motion, the concurrently filed memorandum
4  of points and authorities, filings in this matter to date, and oral arguments to be heard by the Court, if
5  any, at the scheduled hearing.

8  Dated: March 5, 2012        Respectfully submitted,

9         /s/ John K. Buche
10        John Karl Buche
       BUCHE & ASSOCIATES, P.C.